**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KATHLEEN SWANN,**
**GARY SWANN,**
                    **Plaintiff,**

**-vs-**                                                **Case No. 6:06-cv-615-Orl-18DAB**

**MICHAELS STORES, INC.,**
                      **Defendant.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MICHAEL STORES INC.'S MOTION FOR LEAVE TO SERVE INTERROGATORIES IN EXCESS OF THE PERMISSIBLE NUMBER (Doc. No. 25)**
>
> **FILED:** August 30, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff sued Defendant Michael Stores Inc., alleging she was injured when Defendant negligently failed to properly stack large canvasses on a high shelf that fell on the Plaintiff. On May 1, 2006, Defendant served Plaintiff with General Interrogatories and a Request for Production. Based on a subsequent onsite inspection of the area where this incident took place, Defendant has additional questions that it seeks leave to propose in additional interrogatories, as it argues, in order to properly prepare a defense to this matter. Defendant fails to state how many interrogatories it originally asked, nor how many additional interrogatories it intends to ask, nor are the interrogatories attached.

Although the Motion is Ripe, Plaintiff has not filed a response, nor did Defendant include a Local Rule 3.01(g) certification stating Plaintiff's position.  The Motion for Leave to Serve Interrogatories in Excess of the Permissible Number (Doc. No. 25) is **DENIED without prejudice** to its reassertion with a Rule 3.01(g) certification or the Plaintiff's agreement.

**DONE** and **ORDERED** in Orlando, Florida on September 21, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record